UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RIVERA-HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>Defendant. | CASE NUMBER: 1:20-cv-01326-GSA<br><br>**ORDER DENYING STIPULATED EXTENSION IN PART**<br><br>(Doc. 17) |

    The parties stipulate to a 37-day extension of the briefing schedule due to increased case volume. This is the first extension sought by either party in this matter.

    The Scheduling Order allows for a single extension of 30 days by the stipulation of the parties. Doc. 5 at 3. Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." *Id*.

    The parties' current filing is not a stipulation for a 30-day extension, nor is it a motion for an extension for cause. Accordingly, it does not fall in either of the two categories contemplated by the scheduling order. Moreover, it would be premature to grant a 37-day extension for cause as the parties have not availed themselves of the 30-day extension provided by the scheduling order as of right.

    The Court will construe the current filing as a stipulation for a 30-day extension for which court approval is not required. If the 30-days is insufficient the parties may file a renewed motion for an extension for cause.

    Accordingly, it is **ORDERED** that the requested extension, Doc. 17, is **DENIED without prejudice**. Plaintiff's opening brief is due on or before September 7, 2021. All other deadlines

1 are adjusted accordingly.

IT IS SO ORDERED.

Dated: **August 9, 2021**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2